IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ALVIN HAILE and JEFFREY HAILE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-04144-MJW |
| | ) | |
| VSS CARRIERS, INC. and ANTHONY WEST, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO SEAL TRANSCRIPT OF SETTLEMENT HEARING AND SUBSEQUENT FILING OF SETTLEMENT DOCUMENTS

COME NOW, plaintiffs, Alvin Haile and Jeffrey Haile, and defendants, VSS Carriers, Inc. and Anthony West, by and through their respective counsel, and hereby move the Court to seal the transcript from the wrongful death settlement hearing and subsequent filing of settlement documents. In support of their motion, the parties state as follows:

1. This is a wrongful death action relating to the death of Margaret Haile. Plaintiffs have settled Plaintiffs' claims against Defendants subject to the approval of this Court in this case. Plaintiffs have filed their Application for Approval of Wrongful Death Settlement and will present a proposed Order and Judgment Approving Settlement to the Court on November 7, 2016.

2. Under the terms of the parties' settlement agreement, the terms of such settlement are confidential. The parties therefore request that the Court seal the transcript from the settlement hearing to prevent the publication of the terms of the parties' settlement.

1

3. If the present motion is not granted, the parties will be prejudiced insofar as the general public will be able to view the terms of the parties' settlement, thus rendering the parties' confidentiality agreement moot.

4. The parties have respectfully included a proposed Order consistent with this motion should the Court feel it is in the best interest of all parties.

WHEREFORE, the parties move the Court for it Order to seal the transcript from the wrongful death settlement hearing and all subsequent filing of settlement documents and for whatever further relief the Court deems proper in the circumstances.

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Patrick J. Horsefield
Patrick J. Horsefield MO Bar #50380
David L. Steelman, MO Bar #27334
Stephen F. Gaunt MO Bar #33183
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, Missouri 65402
Telephone: (573) 341-8336
Facsimile: (573) 341-8548
Sgaunt@steelmanandgaunt.com
Phorsefield@steelmanandgaunt.com
Dsteelman@steelmanandgaunt.com

NELSON & NELSON

/s/ David C. Nelson
David C. Nelson IL Bar #6225722
420 North High Str.
P.O. Box Y
Belleville, IL 62222
Telephone: (618) 277-4000
Facsimile: (618) 277-1136
dnelson@nelsonlawpc.com

/s/ Dominic Kujawa
Dominic Kujawa IL Bar #6291714

2

1 South Church St., Suite 500
Belleville, IL 62220
Telephone: (618) 233-7731
Facsimile: (618) 233-8807
Nick@ILjustice.com
ATTORNEYS FOR PLAINTIFFS

SANDBERG PHOENIX & von GONTARD, P.C.

/s/ Philip C. Graham
Philip C. Graham, #40345
Timothy B. Niedbalski, #59968
Lawrence S. Hall, #63852
600 Washington Avenue – 15th Floor
St. Louis, Missouri 63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail: pgraham@sandbergphoenix.com
tniedbalski@sandbergphoenix.com
lhall@sandbergphoenix.com
ATTORNEYS FOR DEFENDANT VSS, CARRIERS, INC.

FRANKE SCHULTZ & MULLEN, P.C.


/s/ Ryan E. Karaim
Ryan E. Karaim, #34711
John G. Schultz, #37017
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
rkaraim@fsmlawfirm.com
jschultz@fsmlawfirm.com
ATTORNEYS FOR DEFENDANT ANTHONY WEST

3